# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 715 MAL 2014
DEPARTMENT OF CORRECTIONS, :
                                :
                Respondent : Petition for Allowance of Appeal from the
                                : Order of the Commonwealth Court
                                :
          v.                   :
                                :
                                :
TYRONE GLENN,               :
                                :
              Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.